# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2023-3250
LT Case No. 2014-302130-CFDB

_____

EMMANUEL A. BUTLER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.850 Appeal from the Circuit Court for Volusia County.
Dawn D. Nichols, Judge.

Emmanuel A. Butler, Raiford, pro se.

No Appearance for Appellee.

June 18, 2024

PER CURIAM.

AFFIRMED.

MAKAR, KILBANE, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____